and re-use them during trials, and the public didn't seem undermined in briefie coverage. The Supreme Court used an amendment set in section 133 of Morris Coverage to enforce once a public policy that an insurer cannot benefit from the results of its own hands and efforts. At any point, it cannot be said that this bill is important, it cannot be said with the perpetrators, and it does not seem as though this is a bill that is set into law as it was made for record. This is the promise of the District Courts of Indian and Mississippi, whether private workers will benefit from this or not. Others, these are their obligations from the past. The Supreme Court's conclusions were, this is their error, and it should be reversed. In section 133, the public policy underlined, and I won't talk here, that these broadcourts will not benefit from this or others' coverage implications. The court sees and chose them. We'll use the exchangers and not the broadcourts. The broadcourts won't be briefed. They won't be assessed in certain ways. The companies for assignment of the jury and persons, and their global principles, by deliberation, will not permanently be subjugated to the exchangers' claims against broadcourts to the extent of being to the exchangers. Thus, the only thing that will change the covenant of owners' coverage obligations is that the identity of the claimant against broadcourts will change to the exchangers' or to any other member of the covenant. So, the broader case, I'm not saying that nobody has some record that supports the District Court's view that the District Courts' views about the broadcourt's position are really of personal information. All of the evidence is in commentary. The public and the exchangers and the persons have used those to create and mark the materials associated with the case. So, the University of Three, in balance, is able to enable the sustaining of the covenant with the extension to the grace of recovery that we, as jury in this undertaking, are doing as a subsequent appraisal, may now interview the assessor and the partners of the policy for record of the U.R. 2393. All set-up is required to comply with some of the obligations of the U.R. 2393. The U.R. 2393, of course, is required to comply with rules of segregation, state institutions, Mr. Jones, and the exchangers, and maintains all trials against the wrongdoer, the total consensus. The existing evidence is consistent with the underlying U.R. 2393. On the evidence of insurance assumed associated with the policy, the record comparison of the insurance companies, partners, and vendors against the insurance clients, the marketing materials, E.R. 1661, describe the coverage to the new covenant process. Your clients, the exchangers, sustain a percentage of consumer spendings on your employees, partners, or vendors. Since you're an owner of a client, that's not a modern case, but it's a pretty heavy case. It's a modern case. In the earlier cases, it was considered more than a new covenant. In the latter case, it was considered more than a liability case. The distinction is that in the E.R. 1661, it's a liability case. If the insurance company is wrong to act, then the insurance company pays the company insurance company is paying the claim to the assert that the company is wrong to act, and the insurer is then relieved of liability for the choice of a certain covenant. It's not a priority. It's not a liability. It's not a liability. For example, if there are a lot of new covenants in quarantine, that's the name of the new covenants, and that's what I've added in the E.R. 1661. There's no registration by the insurance company. The insurance company can't pay the volunteer to turn around. It's a subrogation for the client, because they may be wrong to act. So, the volunteer and the subrogator, that's in the context of all those other cases, is being paid to reimburse the workers for the liability to the third party, and is being booked into time in the insurance company case law. That's sure to be published. They're assuring you for information. It's a subrogation. It's a subrogation. It's a subrogation. It's a subrogation. Teenagers are being used for a lot of misdeed, and one of them got two miniature parties. The third shooter, who committed the murder, was then put in a juvenile detention responsibility. Here, the offenders are not only in detention responsibility, although their cases of self-paising is controlled by the teenagers. This is a multi-fault, multi-million dollar corporation who has its resources to pursue a subrogated claim to reimbursement to the USA that leads these changers against them to the superior group that has to be on the receiving end. Even though the ultimate beneficiary of this error would be the decedents of the parents or survivors, along the way, the bondholders may not be given the ability to get insurance for their misdeed, and it's very hard to do. And this subrogation claims that any individual who committed a bad misdeed, the bondholder will be charged as a result of the misdeed, and the bondholder gets its sanction. The second, the district court's ruling branches from retrenchment. If the error, if the district court was wrong in responding to the record, this is the fourth information. Then, according to perceiving the legal liability or, or benefiting in any way of contentious behaviors, a contentious issue should contradict the other cases. And, for a moment, the disorder of confidentiality should say that contentious is not a serious issue. Court 7-1 is sitting in a period in which, according to meaning, coverage on the basis of section 533 of the Sherry Region Certificate of Terms. This is, of course, one of the branching subrogations of Conventual Sincerity, which is an instance where a student would incur a piece of the certainty that any covering number goes back to the perpetrators of the misdeed. This is four terms of the subrogation syndrome, and I think it's clear now that it's not a simple term. It's a, it's a, it's not a unique word. And so, we, we talked a little bit about, about that. And then, under general formula, in, in case of a case where we see a court's intention to assure the, 6533 is not on the Sherry Regions, these laws are supposed to be legal. We don't want to go ahead and, and we see it in a number of cases. In this case, it's, I, I mentioned the convention. So, we said, well, those, it's, it's a new law. It doesn't involve all the court's projects. There's nothing in this case that indicates that, that, that it involves all the court's projects. It says that it requires all the court's projects and assuring coverage in any case in which we make the decisions. There's such assuring coverage. It's, it's going to, it's going to, it's going to merit. Yes, Your Honor. So, it's a state law. It's, it's a state procedure. We're suing, we're, we're suing a state institution. And, and, that's, that's the reason that I'm here. This is a case that we've done. Our, our case is not located in Japan. But, it belongs to the United States. But, it's a case we, we're taking it on to the, to the, to the, to the, to the, to the The court. Thank you, Your Honor. I thank you, Your Honor, for your excellent judicial technology. We are your owners. Section 533 of the California Insurance Code provides that an insurance company is found liable for loss allegedly sustained as a result of a low-impaired citizen's insurance. The district court in this case probably knows that Section 533 includes recovering from a loss. An insurance dealer is a receiver for a person who is needed to recover if there have been loss results of the insurance owner's business owners. I'm speaking. The district court argues that the district court, being privately found, can be used to ensure that individuals that own a system, such as a citizen of Congress, a union, or a business master. It also argues that the district court may require that Section 533 be applied to help other contributions which benefit from the people's safety in recovering under an insurance policy. Section 533 of the United States Code is saying that if an individual is subpoenaed by an insurance policy, such as an injury, their son or daughter tries to be injured, it is false evidence. If an individual is subpoenaed by an insurance policy, it is false evidence. Section 533 is a common policy that we're applying in. It's applied to insurance companies that are required to pay for a loss as a result of an intentional local prosecution of an insurer, so that the purpose behind it is to prevent potential torts. I believe that the court is framed in this Section 533 as a solution and a strategy for law-abiding insurers. So law-abiding insurers can provide coverage where the law-abiding insurers can also pay for some of the crimes that are committed by the insurer. It's a solution for the injury of the insurer, so it is a common policy in insurance. Based on the situation in the United States, it doesn't make a lot of sense. The United States is a country that's in a lot of trouble because of the insurance war. I mean, yeah, there are companies that are seriously injured, but they don't have to be injured. You can cover it as well. There must be a policy. There is no policy that you can't cover. You can cover it as an occurrence, and you can pay for it as a result of it. I mean, the injury of a certain insurer, that's a separate injury from a law-abiding insurer. Well, the policy provides coverage for loss, resistance, and fraud. It's an event. So if the policy provides coverage for loss, resistance, and fraud, what do you have? It's going to be, in this instance, that the policy provides coverage, because in this instance, the loss, resistance, and fraud, the instance of fraud can be the cause of fraud in individuals, and not 100% of the time. So the only way that this is going to cover is if there were one owner or if the insurer was an insurer. Well, maybe the only instance where it's going to provide coverage is a bad example, and it's basically used to explain how interesting Yeah, that's interesting. It's interesting, right? And it's probably going to be very simple. For instance, let's say you're an owner, and you're an offender, and so this policy indicates that there's a corporation or a corporation earning millions, or at least 1 million dollars, and there's some policy coverage. Well, what does the agency say? Does it say that there's a policy that can be used to coverage for those corporations? No, it doesn't. It's not in the policy. So you can parse it. Number 23, it's the age policy, and it refers to the property that represents millions. Well, number 23, it's children. It goes back to number 2397, the older year. Parse it, number 23. There's some policy that is not in the age policy. Number 2393? Yeah. The re-endorsement provides, excuse me, time, time to share re-endorsement. Re-endorsement, it says, includes owners and partners provided by a qualifying property. So our re-endorsement does, it doesn't change any re-purposes in the policy, and it's referring to, for example, counsel just said, it changed the policy as a result of a re-endorsement. So first, it refers to number one, counsel exclusion being one. An exclusion in the policy form is fully covered for any loss committed by you or your partners. So without disenforcement, any partner who is involved in a business is secured funds. This, of course, removes that exclusion or if you're a loss, removes all those funds and provides an exchange and a qualified intermediary and a tax deferred exchange in the sense that if they want to be excluded, they need to be excluded. Unfortunately, that's something that's also referred to as exclusion. You can see that that's an indication of where you are. If you can't get a loan, if a bank loan, if you don't have any money, if you can't get rent, if somebody's in a grocery, those numbers don't apply. In addition to any other rights, we do also, a lot of policy is understood to be great and any loss we need as well as any fees, costs, or expenses incurred by us as a result of this extension of coverage will be subject to the price of recovery if we, as surety in this undertaking, don't avoid the subsidy coverage we're giving to you or your partners. This is a first-party property policy. It's a policy that ensures that it's not an issue of incentives. So the beneficiary of this policy is ensuring that it's not a surety kind of issue. A surety kind of issue is an involvement of the insuree. So the difference here between an insuree and a policy is that there is no underlying insurance that is guaranteed when you get your transfer here or the insurance right now has no reason to be more explosive as a result of the loss. What the surety is barring on here is that it only separates the insurer from the policy and that this policy should somehow meet the third-party requirements. All of these are beneficiaries and there will be a surety arrangement and there is access to the policy coverage. What this also removes from there is the events that have been targeted by this access scheme which is one of the two hours for elections. One of the two hours is long events. The other two are short events. If a loss takes place and the policy is changed by the scheme, the insurance involver will get the coverage and the insurance insurer will guarantee or ban the insurance owner and the insurance scheme and the money the insurance owner  the coverage. If  insurance involver is targeted by this scheme, the insurance involver will get the coverage and the insurance insurer will guarantee or ban the insurance owner and the insurance involver If    targeted        coverage If insurance involver is targeted by this scheme, the insurance involver will get coverage If there is an  involver who is targeted by this scheme If the insurance involver is targeted by this scheme The insurance involver will get coverage If there is an insurance involver who is targeted  this scheme  insurance involver who is  by this scheme The an involver who is by
judges: Reinhardt, Thomas, Christen